UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SUBOXONE
(BUPRENORPHINE/NALOXONE) FILM PRODUCTS
LIABILITY LITIGATION     MDL No. 3092

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On February 2, 2024, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable J. Philip Calabrese.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Calabrese.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 2, 2024, and, with the consent of that court, assigned to the Honorable J. Philip Calabrese.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 13, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: SUBOXONE
(BUPRENORPHINE/NALOXONE) FILM PRODUCTS
LIABILITY LITIGATION                                                  MDL No. 3092

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 24−00053 | McGouey v. Indivior Inc. et al |
| **KENTUCKY EASTERN** | | | |
| KYE | 5 | 24−00013 | Cassidy v. Indivior Inc. et al |
| **MAINE** | | | |
| ME | 2 | 23−00467 | EDWARDS v. INDIVIOR INC et al |
| **MARYLAND** | | | |
| MD | 1 | 24−00027 | Luhman v. Indivior Inc. et al |
| **NEW YORK EASTERN** | | | |
| NYE | 2 | 24−00235 | Elliott v. Indivior, Inc. et al |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 23−01167 | Myers v. Indivior Inc et al |
| **PENNSYLVANIA WESTERN** | | | |
| PAW | 2 | 24−00052 | HADDAD v. INDIVIOR INC. et al |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 24−00048 | Ledbetter v. Indivior Inc et al |